# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| NATASHA M. MONNIN, | : | Case No. 3:23-cv-204 |
| Plaintiff, | : | |
| vs. | : | District Judge Michael J. Newman |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| JUAN A. MARTINEZ MENDOZA, *et al.*, | : | |
| Defendants. | : | |

## SECOND AMENDED PRELIMINARY PRETRIAL CONFERENCE ORDER

This case is before the Court upon the parties' Joint Motion to Extend Case Deadlines (Doc. #29). For good cause shown, the parties' Joint Motion (Doc. #29) is hereby **GRANTED**. The specific dates and deadlines are amended as follows:

1. Primary expert designations: **March 11, 2025**
2. Rebuttal expert designations: **April 11, 2025**
3. Discovery cut-off: **May 9, 2025**
4. Dispositive motion deadline: **June 6, 2025**

**IT IS SO ORDERED.**

December 3, 2024

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge